**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY AUSTIN** | : | Civil Action |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 24-2324 |
| | : | |
| **UNITED STATES OF AMERICA**, | : | |
| *Defendant*. | : | |

---

## JUDGMENT

**AND NOW**, this 16th day of September, 2026, it is hereby **ORDERED** that Judgement is entered in favor of Plaintiff and against the United States of America in the amount of $350,000. The Clerk of Court shall mark this case **CLOSED.**

**BY THE COURT:**

Hon. Mia R. Perez